UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY WILLIAMS,

        Plaintiff,

v.

UNKNOWN COOLEY,
UNKNOWN ANDERSON, and,
UNKNOWN FELVER,

        Defendants.
        _____/

Case No. 1:22-cv-825

Hon. Ray Kent

## JUDGMENT

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendants and against plaintiff Stanley Williams.

Dated:  September 16, 2024        /s/ Ray Kent
                                                         RAY KENT
                                                         United States Magistrate Judge